UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6085
18 U.S.C. §371

CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

EDWARD BLUESTEIN,

   Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

### INTRODUCTION

At all times material to this indictment:

The defendant, **EDWARD BLUESTEIN**, was a licensed federal firearms dealer, Federal Firearms License number 1-59-050-01-2B-48046, doing business as Big Shot Firearms in Boynton Beach, Florida.

### COUNT 1

1. From in or around January, 1999, to on or about July 26, 1999, in Broward and Palm Beach counties, in the Southern District of Florida, and elsewhere, the defendant, **EDWARD BLUESTEIN**, did knowingly and willfully combine, conspire, confederate, and agree with SIOBHAN BROWNE, a/k/a Mary Browne, a/k/a Mary Siobhan Rapaport, ANTHONY SMYTH, CONOR CLAXTON, a/k/a David Sangster, MARTIN MULLAN, and with persons known and unknown, to ship and transport firearms in interstate and foreign commerce to persons other than licensed importers, manufacturers, dealers, in violation of Title 18, United States Code, Section 922(a)(2);



## OVERT ACTS

In furtherance of this conspiracy and to effect the objects thereof, there were committed by at least one of the co-conspirators herein, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about April 28, 1999, SIOBHAN BROWNE, a/k/a "Mary Browne," a/k/a "Mary Siobhan Rapaport," purchased six weapons from Big Shot Firearms in Boynton Beach, Florida.

2. On or about April 29, 1999, ANTHONY SMYTH and SIOBHAN BROWNE, a/k/a "Mary Browne," a/k/a "Mary Siobhan Rapaport," telefaxed a list of weapons that they wished to purchase to Big Shot Firearms in Boynton Beach, Florida.

3. On or about April 29, 1999, ANTHONY SMYTH purchased five weapons from Big Shot Firearms in Boynton Beach, Florida.

4. On or about May 3, 1999, ANTHONY SMYTH purchased seventeen weapons from Big Shot Firearms in Boynton Beach, Florida.

5. On or about May 6, 1999, ANTHONY SMYTH purchased sixteen weapons from Big Shot Firearms in Boynton Beach, Florida.

All in violation of Title 18, United States Code, Section 371.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
RICHARD SCRUGGS
ASSISTANT U.S. ATTORNEY

_____
STEPHANIE K. PELL
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

**EDWARD BLUESTEIN**                **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)        Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __1__ day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_         Petty     ___
   II   6 to 10 days     ___         Minor     ___
   III  11 to 20 days    ___         Misdem.   ___
   IV   21 to 60 days    ___         Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __99-6176-CR-Ferguson(s)__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
RICHARD SCRUGGS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0887640

*Penalty Sheet(s) attached                              REV.4/7/99