RS/mt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6085-Cr-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD BLUESTEIN,

        Defendant
_____/



## GOVERNMENT'S MOTION TO TRANSFER

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to transfer the case of <u>United States of America v. Edward Bluestein</u>, Case No. 00-6085-Cr-DIMITROULEAS, to United States District Judge Ferguson for disposition. In support of its motion, the Government states the following:

1.    Defendant Edward Bluestein has been charged in a one count criminal information with a conspiracy to ship weapons in interstate and foreign commerce to prohibited persons, in violation of 18 U.S.C. §371. He has not yet made his initial appearance; however, he is prepared to do so at the Court's earliest convenience. Mr. Bluestein, with the assistance of attorney Donald Spadaro, has also entered into a plea agreement with the Government and has agreed to testify in the case of <u>United States of America v. Conor Claxton</u>, et. al, Case No. 99-6176-Cr-FERGUSON which is scheduled to begin trial on April 24, 2000.



2.  In the interest of judicial economy, the Government has filed the present motion to transfer the case of <u>United States of America v. Edward Bluestein</u> to United States District Judge Ferguson so that the two closely related cases can be handled by the same judge. The evidence in the two cases is virtually identical and defendant Bluestein will testify in the trial to be held before Judge Ferguson. Additionally, should the Government decide to file a motion pursuant to 5K1.1 of the Sentencing Guidelines, Judge Ferguson would be in the best possible position to determine the appropriate sentence for the defendant.

Accordingly, it is respectfully requested that the case of <u>United States of America v. Edward Bluestein</u> be transferred to United States District Judge Ferguson for disposition of all matters. Donald Spadaro, Esq., Counsel for Mr. Bluestein, has no objections to the Court's granting of the present motion.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
RICHARD SCRUGSS
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0887640
99 N.E. 4TH STREET
MIAMI, FLORIDA 33132-2111
TEL (305) 961-9065

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed this 17th day of April 12, 2000, to Donald Spadaro, Esq., 1000 S. Federal Highway, Ft. Lauderdale, Florida 33316.

_____
RICHARD SCRUGGS
ASSISTANT UNITED STATES ATTORNEY