UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6085-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD BLUESTEIN,

    Defendant.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Local Rule 3.9(c) and subject to consent given below, it is:

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of <u>The Hon. Wilkie D. Ferguson,</u> for all further proceedings.

**DATED** in chambers at Fort Lauderdale, Florida, this ___ day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 00-6085-CR-FERGUSON, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 24th day of April, 2000.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Hon. William P. Dimitrouleas
Richard Scrugss, AUSA
Donald Spadaro, Esquire
1000 S. Federal Highway
Ft. Lauderdale, FL 33316