UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6085-CR-~~WPD~~ *WDF*

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

EDWARD BLUESTEIN,

                    Defendant.
_____/



## APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

    You will please enter my Appearance as Attorney of Record for the Defendant in the above-styled cause.

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to RICHARD SCRUGGS, Assistant United State's Attorney's Office, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, by Hand delivery, this _28th_ day of APRIL, 2000.

                        DONALD R. SPADARO, P.A.
                        Attorneys for Defendant
                        1000 South Federal Highway
                        Suite 103
                        Fort Lauderdale, Florida 33316
                        Telephone: (954)763-5504

                        By:_____
                            DONALD R. SPADARO
                            Florida Bar No. 320341