# United States District Court

**SOUTHERN**      **DISTRICT OF**      **FLORIDA**

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

EDWARD BLUESTEIN

FILED by _____ S.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**CASE NUMBER:**

FERGUSON
CR- DIMITROULEAS

MAGISTRATE JUDGE
SNOW

I ____Edward Bluestein_____, the above named defendant, who is accused of

knowingly and willfully combining, conspiring, confederating, and agreeing with persons known and unknown to ship and transport firearms in interstate and foreign commerce to persons other than licensed importers, manufacturers, dealers in violation of Title 18, United States Code, Section 922(a)(2), all in violation of Title 18, U.S.C., Section 371, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by information
*Date*

rather than by indictment.

_____
EDWARD BLUESTEIN

_____
Counsel

Before _____
Judicial Officer

