COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA


DEFT: EDWARD BLUESTEIN (surrender)    CASE NO:    00-6085-CR-FERGUSON

AUSA: RICHARD SCRUGGS    ATTY:    DON SPADARO

AGENT:    VIOL:    18:371

PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND PSB

BOND HEARING HELD - yes/no    COUNSEL APPOINTED

   BOND SET @ 50,000    PSB

   SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:


Advised of Charges - permanent counsel present

Waiver of indictment executed

INFc
Reading of information waived
Not Guilty plea entered
jury trial demanded
Standing Discovery Order requested

deft afford suite
Court entered Noglea


NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

    PTD/BOND HRG:

    PRELIM/ARRAIGN:

    REMOVAL HRG:

    STATUS CONF:    N/A

Date: 4/28/00    Time 11:00    FTL/LSS    TAPE #00- 022    Begin: 2009    End: 2191