```
                                        UNITED STATES DISTRICT COURT

                                        SOUTHERN DISTRICT OF FLORIDA

                                        CASE NO. 00-6085-CR-FERGUSON
UNITED STATES OF AMERICA

        vs

EDWARD BLUESTEIN                        ARRAIGNMENT INFORMATION SHEET
```

[FILED stamp: APR 28 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:              Address: __ON BOND FORM_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:____DON SPADARO, ESQ._____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/~~CONTINUED~~:  $___50,000 PSB_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __28TH__ day of __APRIL_____,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Denny Butler_____
                                        Deputy Clerk
                                    Tape No. __00- 022_____

cc: Copy for Judge
    U. S. Attorney

