UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55287-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6085-CR-WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
EDWARD BLUESTEIN )
        Defendant

***********************************************************

TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

FILED by _____ D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

***********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-28-00      am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: ~~_____~~ ILLEGAL SALE OF WEAPONS

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 9-2-43

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____