UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6085-CR-WPD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD BLUESTEIN,

        Defendant.
_____/

## MOTION FOR DEPARTURE FROM SENTENCING GUIDELINE RANGE

COMES NOW, the Defendant, EDWARD BLUESTEIN, by and through undersigned counsel pursuant to Federal Sentencing Guidelines, Section 5-H1.4 and moves this Honorable Court to impose a sentence below the applicable guideline range and would state as grounds as follows:

1. That on May 11, 2000 the Defendant entered a plea of guilty to a violation of Title 18 U.S.C., Section 22(a)(2).

2. That said plea was pursuant to an agreement with the United States of America wherein the Defendant would cooperate fully with the United States Attorney's Office in the prosecution of alleged co-conspirators.

3. That during the investigation of this alleged conspiracy, specifically October 1999, the Defendant was stricken with congestive heart failure and was in a comatose state supported by mechanical ventilator for approximately ten days at the Bethesda Memorial Hospital, Boynton Beach, Florida.

4. That the Defendant has had a history of heart problems which date back to 1993, including an MI and the placement of a



pacemaker.

5. That in addition to the Defendant's heart condition, he has had five spinal surgeries (5/79, 12/80, 3/94, 8/96, 9/96). Said condition severely limits the Defendant's daily activities and causes chronic pain.

6. That the Defendant due in part to his weight also suffers from a severe condition of sleep apnea, requiring the use of a breathing device during sleep.

7. That all of these ailments requires the Defendant to utilize an extensive amount of prescription drugs on a daily basis, including the following: Contin 120mg; Paxil 80mg; Lopressor 150mg; Lipitor 10mg; Klonopin 6mg; Lasix 80mg; Avandra 4mg; Glucophage 1500mg; K-Dur 20meq; Vasotec 10mg; Nitro-Dur 80mg; Coumadin 5mg; Colace 2000mg.

8. That attached hereto and incorporated herein as Defendant's Exhibit A is a correspondence dated May 23, 2000, from the Defendant's cardiologist, Arthur P. Weiner, M.D., FACC, setting forth the Defendant's physical infirmaries, as well as his recent hospitalization.

9. That attached hereto and incorporated herein as Defendant's Exhibit B is a correspondence dated May 18, 2000, from Dr. David Kateb, a pulmonary and critical care specialist, indicating that in light of Defendant's present medical condition a sentence of incarceration would be equivalent to a death sentence.

10. That attached hereto and incorporated herein as Defendant's Exhibit C is a correspondence dated May 25, 2000, from

Dr. Richard Mann, a podiatrist, indicating Defendant's chronic pain in his legs and feet.

11. That the Defendant's condition remains life threatening and he is required to be monitored by his treating physicians on a regular basis. As such, the Defendant consistent with Section 5-H 1.4 requests a sentence outside the applicable guidelines, as well as this Honorable Court's consideration of home detention in lieu of incarceration.

12. That undersigned counsel has discussed this Motion with Assistant United States Attorney, Richard Scruggs, who reserves his position on the motion until the date of sentencing.

WHEREFORE, based upon the foregoing, the Defendant, EDWARD BLUESTEIN, respectfully requests this Honorable Court grant this his Motion pursuant to Section 5-H 1.4 of the Federal Sentencing Guidelines and sentence the Defendant outside the guidelines as well as consider home confinement in lieu of incarceration.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to RICHARD SCRUGGS, Assistant United State's Attorney's Office, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, by Hand delivery, this __16th__ day of JUNE, 2000.

DONALD R. SPADARO, P.A.
Attorneys for Defendant
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO
Florida Bar No. 320341



# SOUTH FLORIDA HEART INSTITUTE

Arthur P. Weiner, M.D., FACC
Mark Fisher, M.D., FACC
Marc L. Gardner, M.D., FACC, FACP

Cardiac Consultation
Echocardiography
Cardiac Catheterization
Pacemaker Evaluation
Nuclear Cardiology
Adult Congenital Heart Disease
Rotational Atherectomy
PTCA • Coronary Stenting
Transesophageal Echo

May 23, 2000

Mr. Frank Schwartz
Chief Probation Office
United States District Courts Southern
District of Florida Probation Office
601 South Flagler Drive #400
West Palm Beach, Florida 33401-5912

RE:  **BLUESTEIN, EDWARD**

Dear Sir:

Edward Bluestein is a patient in my practice. He has a history of coronary artery disease status-post myocardial infarction back in 1993 which now results in ischemic cardiomyopathy and a left ventricular ejection fraction of 23% by MUGA scan. He has had congestive heart failure and has been hospitalized with respiratory failure requiring mechanical intubation. He also has multiple other medical problems including sleep apnea requiring nasal VPAP. He has a history of sick sinus syndrome with complete heart block and permanent pacemaker insertion. He has a history of hypercholesterolemia and severe disabling arthritis of the spine with chronic pain. He has a problem with obesity which has been difficult to manage.

The patient was hospitalized at Bethesda Memorial Hospital in November of 1999. This was a rehospitalization for congestive heart failure with respiratory failure on a mechanical ventilator for approximately ten days. The patient was critically ill at that time but was fortunately able to be weaned off the respiratory and managed medically. He is on multiple drug regimens for his congestive heart failure, chronic pain, hypertension, diabetes and hypercholesterolemia. Due to his multiple medical problems and clinical cardiac condition, he requires close medical follow up with his physicians.

---

13489 Military Trail • Delray Beach, Florida 33484 • (561) 637-0500 • Fax (561) 637-0055

10075 Jog Road • Suite 306 • Boynton Beach, Florida 33437 • (561) 735-4126 • Fax (561) 739-1832



EXHIBIT A

BLUESTEIN, EDWARD
May 23, 2000
Page 2

If you need any further information or documentation, please feel free to contact me.

Sincerely,

Arthur Weiner, M.D., F.A.C.C.

AW/nam

## MEDICAL HISTORY INFORMATION DESIRED

Hospital Dr. David O. Kateb
or
Physician    5050 West Atlantic Avenue
Delray Beach, FL 33484

Re: BLUESTEIN, Edward
SD/FL PACTS #63708
Virginia S. Cataldo
U. S. Probation Officer

Has the above-mentioned individual ever been treated by you or admitted to your institution?  X Yes ___ No

If "Yes", please complete the following:

Date of office visit or admission ___5/18/00___

Date of Discharge ___N/A___

Diagnosis or treatment _Cardiomyopathy / obesity / Chronic back pain_
_Rt wrist inj / DM II / HTN_

Was surgery performed ___No___

Follow-up therapy recommended _Meds + f/u_

Medication prescribed _See list_

Discharge Summary attached ___Yes ___No  _Not applicable_

Additional Comments: _This pt has multiple_
_Med. problems & requires constant_
_medical attention. He previously_
_had both cardiac & respiratory_
_failures. I believe that petty_
_larcin in jail would be_
(If additional space is required, use reverse side.)
_equal to a death sentence_

EXHIBIT B

## MEDICAL HISTORY INFORMATION DESIRED

| | | |
|---|---|---|
| Hospital or Physician | Dr. Richard Mann<br>258 S.E. Sixth Avenue<br>Suite #12<br>Delray Beach, Fl. 33483 | Re: BLUESTEIN, Edward<br>SD/FL PACTS #63708<br>Virginia S. Cataldo<br>U. S. Probation Officer |

Has the above-mentioned individual ever been treated by you or admitted to your institution?
✓ Yes ___ No

If "Yes", please complete the following:

Date of office visit or admission  Multiple office visits from 5/11/95 - present

Date of Discharge  Treatment is ongoing

Diagnosis or treatment  Peripheral Neuropathy

Was surgery performed  _____

Follow-up therapy recommended  Referral to Neurologist

Medication prescribed  Topical Analgesics, It is taking, according to history, oral pain medications

Discharge Summary attached  ___ Yes  ✓ No

Additional Comments:  Mr. Bluestein has suffered from chronic pain to his foot and legs since, according to his history, having undergone spinal surgery. I understand he has been medicated by his internist for this condition. Such medications may be necessary to control pain, but may also impair his judgement.

(If additional space is required, use reverse side.)

I have known Ed to be a well intentioned, kind man. I am hopeful that the authorities will show him leniency in his time of need.

 /s/  5/25/00

EXHIBIT C