**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6085-CR-FERGUSON

UNITED STATES OF AMERICA )
)
v. )
)
EDWARD BLUESTEIN )
_____ )

**UNITED STATES' MOTION PURSUANT TO USSG 5K1.1 FOR A
DOWNWARD DEPARTURE FOR DEFENDANT EDWARD BLUESTEIN AND
RESPONSE TO BLUESTEIN'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO USSG 5H1.4**

The United States, through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to United States Sentencing Guidelines ("USSG") §5K1.1, for a downward departure with respect to defendant Edward Bluestein, in order to reflect the defendant's substantial assistance to the United States. In support of this motion, the United States avers as follows:

1. Defendant Bluestein was charged in a one count information with violation of Title 18, United States Code, Section 371, that is, a conspiracy to ship and transport firearms in interstate and foreign commerce to persons other than licensed importers, manufacturers and dealers.

2. On May 11, 2000 defendant Bluestein, entered a plea a written plea agreement to the superseding information, and testified for the government at trial in <u>United States v. Conor Claxton et al.</u>, 99-6176-CR Ferguson.

3. Based on the substantial assistance defendant Bluestein provided to the government at trial in the above referenced case, the government respectfully submits that the Court should grant a downward departure pursuant to §5K1.1 of the Sentencing Guidelines. At the sentencing hearing scheduled for August 18, 2000, the government will address the nature and extent of Bluestein's substantial assistance, and make a recommendation to the Court regarding an appropriate level of departure.

4. Defendant Bluestein has also requested a downward departure pursuant to §5H1.4 of the Sentencing Guidelines due to his present medical condition. The government continues to be in contact with defense counsel regarding the seriousness of Bluestein's condition, and therefore takes no position at this time regarding a downward departure on this ground. The government will further address the defendant's motion at the sentencing hearing scheduled for August 18, 2000.

**WHEREFORE**, the United States respectfully moves this Court, pursuant to USSG § 5K1.1, to depart downward from defendant Bluestein's applicable guideline range based on Bluestein's substantial assistance to the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Stephanie K. Pell*

Stephanie K. Pell
Assistant United States Attorney
Court I.D. No. A5500301
99 N.E. 4th Street
Miami, Florida 33132-2111
(305) 961-9010
(305) 536-4675 (fax)

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Motion for Downward Departure Pursuant to USSG §5K1.1 for defendant Edward Bluestein was faxed and mailed __1st__ day of August, 2000 to: Donald R. Spadero, Esq., 1000 South Federal Highway., Suite 103, Ft. Lauderdale, Florida 33316

*Stephanie K. Pell*
Stephanie K. Pell
Assistant United States Attorney