UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6085-CR-WPD *WDF*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD BLUESTEIN,

        Defendant.
_____/

## DEFENDANT'S MOTION TO SET SEPARATE SENTENCING HEARING

COMES NOW, the Defendant, EDWARD BLUESTEIN, by and through undersigned counsel and respectfully moves this Honorable Court for the entry of an Order setting the Defendant's sentencing at an alternate time from the date set for the Conor Claxton and Anthony Smyth, and would state as grounds as follows:

1. That the Defendant, EDWARD BLUESTEIN, was charged in a one count Information with violation of Title 18 U.S.C. Section 371, that is a conspiracy to ship and transport firearms in interstate foreign commerce to persons other than licensed importers, manufactures, and dealers.

2. That on May 11, 2000 the Defendant, EDWARD BLUESTEIN, entered into a written plea agreement with superceding information and testified on behalf of the Government against the Defendants, Coner Claxton and Anthony Smyth, in Case #99-6176-CR-WDF.

3. That additionally the Government has filed a Motion for Downward Departure pursuant to U.S.S.G. 5H1.4 which the Government



has indicated that they will address and make recommendations as to the appropriate levels of departure at the time of sentencing.

4. That Defendant, EDWARD BLUESTEIN, respectfully requests that his sentencing hearing be scheduled at a separate time than the sentencing hearing of those that he has testified against.

5. That undersigned counsel has spoken to Richard Scruggs, Assistant United States Attorney, concerning the appropriateness of sentencing Defendant, EDWARD BLUESTEIN, at the same time as Defendant's Conner Claxton and Anthony Smith and agrees that it would be appropriate to set Defendant EDWARD BLUESTEIN, at a separate date and time for sentencing.

WHEREFORE, based upon the foregoing, the Defendant, EDWARD BLUESTEIN, respectfully requests this Honorable Court schedule a sentencing hearing separate and apart from the date and time the Defendants, Conner Claxton and Anthony Smith in Case #99-6176-CR-WDF.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to RICHARD SCRUGGS, Assistant United State's Attorney's Office, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, by Hand delivery, this 10th day of AUGUST, 2000.

DONALD R. SPADARO, P.A.
Attorneys for Defendant
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954)763-5504

By: _____
DONALD R. SPADARO
Florida Bar No. 320341