UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6085-CR-WDF

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD BLUESTEIN,

        Defendant.
_____/

### NOTICE OF FILING ADDENDUM TO MOTION FOR DOWNWARD DEPARTURE

COMES NOW, the Defendant, EDWARD BLUESTEIN, by and through undersigned counsel and files this his Addendum to the Motion for Downward Departure, and would state as grounds as follows:

1. That on June 16, 2000 the Defendant filed a Motion for Departure from Sentencing Guideline Range pursuant to Section 5-H1.4 of the guidelines for downward departure which included letters from treating physicians.

2. That subsequent to the filing of the motion, the Defendant has obtained a subsequent letter from treating physician David O. Kateb, M.D., P.A., F.A.C.P., dated August 7, 2000. A copy of same is attached hereto and incorporated herein as Defendant's Exhibit 1.

3. That the Defendant respectfully requests that said letter be made an addendum to the previous motion filed for the court's consideration.

WHEREFORE, based upon the foregoing, the Defendant, EDWARD

BLUESTEIN, respectfully requests this Honorable Court consider the attached letter as an addendum to his previously filed Motion for Downward Departure.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to RICHARD SCRUGGS, Assistant United State's Attorney's Office, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, by Hand delivery, this 10th day of AUGUST, 2000.

>	DONALD R. SPADARO, P.A.
>	Attorneys for Defendant
>	1000 South Federal Highway
>	Suite 103
>	Fort Lauderdale, Florida 33316
>	Telephone: (954)763-5504
>
>	By: _____
>	    DONALD R. SPADARO
>	    Florida Bar No. 320341



# DAVID O. KATEB, M.D., P.A., F.A.C.P.

*Pulmonary Diseases, Critical Care*
*Diplomate American Board of Internal Medicine*

August 7, 2000

In reply to: Case No. 00-6085-CR-Ferguson

Honorable Wilkie D. Ferguson, Jr., United States District Judge
United States District Court
Southern District of Florida
Courtroom 207A
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Dear Judge Ferguson,

Subject: Edward Bluestein

I am the personal physician of Edward Bluestein, the defendant in your case involving the sale of firearms to people that where supposedly connected with the IRA. I see Mr. Bluestein at least monthly and he has kept me informed of the status of this case since its inception in July of 1999.  Just two days ago Mr. Bluestein requested that I appear in your court as an expert medical witness regarding the medical feasibility of him being incarcerated with the probable medical outcome if this should occur.  I must admit that I was shocked that incarceration is even being considered, but so be it.

I informed Mr. Bluestein that I couldn't appear in court.  To be there I would have to get coverage for my practice I also explained that this is the time that most physicians take vacation and at least stretch their weekends to include Friday the day of sentencing I should mention that my specialty is Pulmonary Diseases and Critical Care which is another reason why coverage is a problem.  I offered an alternative if your honor needs to speak with me on August 18, that I will keep myself available for telephone contact during the times to be stipulated by Mr. Bluestein's attorney or the court.

With your honor's indulgence, I would like to accomplish three goals with this letter. To establish my qualifications as an expert, to express my qualified medical opinion regarding the possibility of incarceration and to express my own feelings in the form of a character witness.

**Qualifications:**

- Board certified internist and board eligible plumonologist.
- Licensed to practice medicine in both Florida and New York states.
- Eight years in practice
- Active Associate Clinical Assistant Professor at Nova University for the past three years.
- Member in good standing of The American College Of Chest Physicians, American Medical Association, and American College Of Physicians.
- Practice as an Internist and Pulmonologist in a private office in Delray Beach, Florida, with an active practice in two area hospitals.

- Varied hospital experience involving coverage of medical patients, intensive care and acute care patients.

### Medical Consequences of Incarceration:

Mr. Bluestein was recommended to me by an attending physician in the Emergency Room at Bethesda Memorial Hospital, in Boynton Beach, subsequent to an emergency room visit for "shortness of breath" in September 1997. Mr. Bluestein's medical history is profound, as depicted in your other requests from two of my colleagues and me.

- Mr. Bluestein has a combination of medical conditions that severely limit his ability to sit, stand and walk. At this time, severe symptoms occur after walking 20 to 25 feet. I understand that his attorney and an FBI agent and the courthouse guards in Miami saw the rather dramatic results of Mr. Bluestein walking from the offices of the Asst. U.S. Attorney to the front entrance of the courthouse. The hallway guards offered to summon an ambulance, which Mr. Bluestein refused. That same day, Mr. Bluestein drove straight from the Miami courthouse to the offices of Dr. Arthur Weiner, his Cardiologist for treatment where his wife met him.

- It is impossible for Mr. Bluestein to follow a routine because he is in chronic pain and he must respond to the symptoms that he recognizes. If he needs to sit down, that means immediately.

- Standing for more than 5 minutes is out of the question as well as stair climbing of any sort or any number of steps.

- Bending to pick up anything is impossible for him to do.

- Mr. Bluestein suffers from severe Sleep Apnea and requires a breathing machine, called a "Bi-Pap" to sleep every night. If he doesn't have this machine available to him, he can very well die in his sleep. For severe breathing problems, Mr. Bluestein uses a Nebulizer, which is a mechanical aid for impaired breathing.

- Besides his severe spinal and pulmonary problems, Mr. Bluestein has a failing heart. This past October he was hospitalized with Congestive Heart Failure, which resulted in multiple respiratory and cardiac arrests.

- Mr. Bluestein just last week had a Thallium excercize stress test at Delray Medical Center that confirmed a cardiac ejection fraction of less than 30% compared to 50% for a normal person.

- Mr. Bluestein must have continuous medical care by the team of doctors who are familiar with his condition.

- Note the magnitude of the drugs that Mr. Bluestein is taking every day. Any one dose of these drugs would have severe reactions if taken by a healthy person.

- Mr. Bluestein is classified as "sedentary", under the SSI Guidelines, and the only exercise he can do is to swim attached to a tether, which he does every day in his own back yard swimming pool.

- I plan to use a tailored program of physical therapy to get some mobility back to Mr. Bluestein. We have tried Acupuncture and conventional PT, but neither worked. His condition is called "Chronic Pain."

- It is likely that Mr. Bluestein will have more bouts with Congestive Heart Failure as times goes on and his heart weakens further. We have just increased his dosage of Lasix from 40mg to 80mg to try to control water retention.

### My Personal/Professional Opinion:

I have known Mr. and Mrs. Bluestein for three years. They feed off one another and have been married for over 35 years. They have two children, who live out of town, three grandchildren (their daughter Rachel is due to give birth today with the third) and Mrs. Bluestein's elderly parents are here in Florida. Dr Weiner advised Mr. Bluestein not to take the trip to be with his daughter because he cannot ambulate well enough to cope with the airports here and in NYC.

Mr. Bluestein is the sole supporter of Mrs. Bluestein and contributes significantly to the care of his wife's elderly parents.

Mrs. Bluestein is currently suffering severe depression and relies on her husband for his strength and moral support. She is currently on medication for this condition that started last July, coincidently. If they are separated, I fear for Mrs. Bluestein's reaction.

As far as Mr. Bluestein is concerned, he cannot survive in any situation of incarceration other than possibly home confinement. As I previously stated to a Virginia Cataldo, a Probation Officer, "a prison sentence for Mr. Bluestein is a death sentence for Mr. Bluestein."

Your honor, I am sorry that I can't be at Mr. Bluestein's Sentencing Hearing on August 18. I am willing and would appreciate the opportunity to speak with you either before or during the hearing at your convenience. Mr. Bluestein is a very sick man, but has always handled and presented himself as an honest and straightforward gentleman to my staff, all of the doctors that I referred him to and to me. I continue to be amazed by how he accepts his illnesses and his ultimate fate.

Thanks you for your time.

Sincerely,

David O. Kateb, MD
cc: Donald R. Spadaro, Esq.