UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

Vs.                                    Case No. 00-6085-CR-FERGUSON

EDWARD BLUESTEIN, (B)
Defendant.

_____/

AUG 2 5 2000

## ORDER GRANTING MOTION TO SET SEPARATE SENTENCING HEARING

THIS MATTER is before the Court on the above-mentioned motion filed by

defendant, Edward Bluestein, on August 11, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_** . Sentencing

in the matter is set for Wednesday, September 27, 2000 at 1:30 p.m., before the

undersigned in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward

Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___25th___ day of

August 2000.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Richard Scruggs, AUSA
Donald R. Spadaro, Esq
U.S. Probation Office

