SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6085-CR-WDF

DEFENDANT _Edward Bluestein_

JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_

DATE _September 27, 2000_

Court Reporter _Paul Haferling_

USPO _D. Pratt_

AUSA _Richard Scruggs_

Deft's Counsel _Donald Spadaro, Esq._

COUNTS DISMISSED ____ All Others
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited by ____ /s/ D.C.

____ Sentencing cont'd until __/__/__ at ____ AM / PM

SEP 28 2000    Right to Appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    ~~Months~~    Counts
                         1 day          Time Served

Supervised Release _2 yrs ct 1   6 months H.C.   5K1.1. Granted_

Probation    Years    Months    Counts

Comments _(See J&C for details)_

Assessment $ _100.00_    Fine $ _25,000.00_

Restitution /Other ____

CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: ____