SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
OCT 2 2000

CASE # _CO-6085-CR-WDF_

DEFENDANT _Edward Bluestein_        JUDGE ____WILKIE D. FERGUSON____

Deputy Clerk ___TROY T. WALKER___        DATE _9-27-2000_

Court Reporter ___Paul Haferling___        USPO _____

AUSA _Stephanie Pell_        Deft's Counsel _Donald Spadaro, Esq_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years ____    Months _1 day_    Counts _One_

Supervised Release _2 yrs (See J & C for details)_

Probation    Years ____    Months ____    Counts ____

Comments _____

Assessment $ _100.00_        Fine $ _25,000.00_

Restitution /Other _____

### CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____