AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA

v.

**EDWARD  BLUESTEIN, (J) 55287-004**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06085-001**

**Stephaine Pell, AUSA  /  Donald Spadaro, Esq**

Defendant's Attorney

### THE DEFENDANT:

☒ pleaded guilty to count(s)  __One of the Information__

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to unlawfully ship firearms in interstate and foreign commerce. | 07/26/1999 | 1 |

FILED by _____ D.C.

OCT 2  2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**See Additional Counts of Conviction - Page**    **2**

The defendant is sentenced as provided in pages 2 through  __5__  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)  __N/A__

☒ Count(s)  __All Others__  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  __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__

Defendant's Date of Birth:  __09/07/1943__

Defendant's USM No.:  __55287-004__

Defendant's Residence Address:

__751 S.W. 36TH Avenue__

__Boynton Beach__            __FL__    __33435__

Defendant's Mailing Address:

__751 S.W. 36TH Avenue__

__Boynton Beach__            __FL__    __33435__

__09/27/2000__

Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

$9/29/00$

Date



No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Purchase SDUSM