# United States District Court

## Southern District of Florida

AMENDED

UNITED STATES OF AMERICA
v.
EDWARD BLUESTEIN, (J) 55287-004

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06085-001**

Stephaine Pell, AUSA / Donald Spadaro, Esq
Defendant's Attorney

### THE DEFENDANT:

[X] pleaded guilty to count(s) **One of the Information**

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to unlawfully ship firearms in interstate and foreign commerce. | 07/26/1999 | 1 |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has been found not guilty on count(s) **N/A**

[X] Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 09/07/1943
Defendant's USM No.: 55287-004
Defendant's Residence Address:
**751 S.W. 36TH Avenue**

**Boynton Beach**   FL   33435

Defendant's Mailing Address:
**751 S.W. 36TH Avenue**

**Boynton Beach**   FL   33435

09/27/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

11/16/00
Date

FILED NOV 16 2000

No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Puickos SDUSM